Commonwealth *v.* Silvis, Appellant.

Submitted September 30, 1974. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Bernard J. Hessley,* for appellant.

*Paul H. Millin,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 20, 1974:
Order affirmed.